UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: RAQUEL TANTOCO, Debtor.

Case No.: 18-33521
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __February 19, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 1020 Arnold Ave, Raritan, NJ 08869 ($370,000.00)

Liens on property: AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd., 4th Fl. Woodland Hills, CA 91367 ($349,254.00)

Amount of equity claimed as exempt: $10,373.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-33521-KCF
Raquel Tantoco                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Jan 15, 2019
                              Form ID: pdf905        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
```
db              +Raquel Tantoco,    373 East Main Street,    Apt. 115,    Somerville, NJ 08876-3132
517961974      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
517895326       +Affirm Inc,    Affirm Incorporated,    P.O. Box 720,    San Francisco, CA 94104-0720
517895327       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    P.O. Box 183853,    Arlington, TX 76096-3853
517895328      #+AmeriHome Mortgage,    Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
                 Woodland Hills, CA 91367-7091
517895329       +Barclays Bank Delaware,    Attn: Correspondence,    P.O. Box 8801,    Wilmington, DE 19899-8801
517895332       +Detommaso Law Group,    58 Mount Bethel Road,    Suite 303,    Warren, NJ 07059-2655
517895333       +Fidelity Investments,    82 Devonshire Street,    Boston, MA 02109-3614
517895334       +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517896778       +Main Associates,    199 Baldwin Road,    Parsippany, NJ 07054-2043
517895336       +Mark Tantoco,    14 2nd Avenue,    Raritan, NJ 08869-1806
517895337       +Nadine Maleski, LLC,    169 Main Street,    Flemington, NJ 08822-1607
517895339       +Reynan Tantoco,    1020 Arnold Ave,    Raritan, NJ 08869-1602
517895340       +Speech and Hearing Associates,    784 Chimney Rock Rd.,    Suite E,    Martinsville, NJ 08836-2272
517895341       +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    P.O. Box 1799,    Akron, OH 44309-1799
517895345       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    P.O. Box 8053,
                 Mason, OH 45040-8053
517895346       +Wells Fargo/Bob's Discount Furniture,    Attn: Bankruptcy,    P.O. Box 10438,
                 Des Moines, IA 50306-0438
517895347       +Wells Fargo/Flooring Solution,    Attn: Bankruptcy,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 22:16:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 22:16:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517896777       +E-mail/Text: g20956@att.com Jan 15 2019 22:16:50      AT&T Mobility,    17000 Cantrell Road,
                 Little Rock, AR 72223-4266
517895330       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2019 22:19:42      Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517895331       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 22:16:40      Comenitybank/Ann Taylor,
                 Attn: Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
517895335       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 15 2019 22:16:34      Kohls/Capital One,
                 Kohls Credit,    P.O. Box 3120,    Milwaukee, WI 53201-3120
517895338       +E-mail/PDF: cbp@onemainfinancial.com Jan 15 2019 22:18:35      OneMain Financial,
                 Attn: Bankruptcy,    P.O. Box 3251,    Evansville, IN 47731-3251
517897579       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517895342       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48      Synchrony Bank/Gap,
                 Attn:  Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
517895343       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48      Synchrony Bank/Old Navy,
                 Attn:  Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
517895344       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48      Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Jan 15, 2019
                              Form ID: pdf905           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Andy   Winchell    on behalf of Debtor Raquel   Tantoco andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Bunce   Atkinson    on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Rebecca Ann Solarz    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```