UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 18-33521-KCF |
| Raquel Tantoco | : | Chapter: | 7 |
| | : | Judge: | Ferguson |
| Debtor(s) | : | | |

**CERTIFICATION OF NO OBJECTION**

I _Alyson M. Guida_, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
1020 Arnold Ave., Raritan, NJ 08869

JEANNE A. NAUGHTON, Clerk

Date: 02/14/2019        By: Alyson M. Guida

*rev.2/10/17*